## STATE OF CONNECTICUT *v.* MARTIN WARREN

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 688, is denied.

*Richard Emanuel* and *Burton M. Weinstein,* in support of the petition.

*John O'Meara,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988

## STATE OF CONNECTICUT *v.* MICHAEL IOVIENO

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 710, is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Leah Hawley,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988

## DAVID MANTELL *v.* JAMES S. GREENE

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 1, is denied.

*James S. Greene,* pro se, in support of the petition.

*John W. Lemega,* in opposition.

Decided September 20, 1988

## STATE OF CONNECTICUT *v.* SHELTON SMITH

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 122, is denied.

*Brian M. O'Connell,* in support of the petition.

Decided September 20, 1988